FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 SEP 27 PM 4: 47

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

TONY D. THOMPSON,

 Petitioner,

vs.

HUGH SMITH, Warden,

 Respondent.

CIVIL ACTION NO.: CV503-036

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Thompson contends that the Magistrate Judge clearly erred and abused his discretion by concluding that the state courts correctly assessed his claims for habeas relief. Thompson asserts that the state courts' determinations on his claims were unreasonable in light of the evidence presented to those courts. Thompson alleges that this Court should review the evidence before it and determine whether he has substantially shown that his right to due process was violated. The remainder of Thompson's Objections appears to be his attempt to litigate the claims he set forth in his state habeas corpus proceedings in this Court.

This Court's role in 28 U.S.C. § 2254 proceedings is to determine whether the state courts' determinations on the same issues are contrary to, or unreasonable applications of, clearly established Supreme Court precedent. See Williams v. Taylor, 529 U.S. 362,

AO 72A
(Rev. 8/82)

391, 120 S. Ct. 1495, 1512, 146 L. Ed. 2d 389 (2000). The undersigned finds no error in the Magistrate Judge's conclusions in this regard.

Thompson's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Thompson's petition, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED**. The Clerk is hereby authorized and directed to enter the appropriate Judgment of Dismissal.

**SO ORDERED**, this 27th day of SEPTEMBER, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)