FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 MAY -6 PM 2: 1[?]

CLERK
S. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| TONY D. THOMPSON | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. CV503-036 |
| | ) | |
| WARDEN HUGH SMITH, | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

Before the Court is Petitioner's Motion to Reopen the Petition (Doc. 70), Motion to Appoint Counsel (Doc. 72), Motion for Federal Evidentiary Hearing (Doc. 73), and Motion for Discovery (Doc. 74). In September 2006, this Court dismissed Petitioner's § 2254 claims and entered judgment. (Doc. 45; Doc. 46.) Petitioner appealed that judgment (Doc. 53) and the United States Court of Appeals for the Eleventh Circuit denied Petitioner's certificate of appealability (Doc. 64). In December 2007, the United States Supreme Court denied certiorari. (Doc. 66.) Now, five years later, Petitioner is again trying to reargue these same arguments. By citing Federal Rule of Civil Procedure 60(b), Petitioner is simply attempting to avoid the gatekeeping provisions of 28 U.S.C. § 2244(b) and the one-year limitations period of 28 U.S.C. § 2244(d). After careful consideration, the Court can discern no grounds to

reopen this case. Accordingly, Plaintiff's motion (Doc. 70) is **DENIED**.[1]

SO ORDERED this 6th day of May 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, any remaining motions are **DISMISSED AS MOOT**.