FILED
U.S. DISTRICT COURT
SAVANNAH

2013 MAY 29 AM 11: [ ]

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

TONY D. THOMPSON,            )
                             )
     Petitioner,             )
                             )
v.                           )   CASE NO. CV503-036
                             )
HUGH SMITH, Warden,          )
                             )
     Respondent.             )
                             )

## ORDER

Before the Court is Petitioner's Motion for Certificate of Appealability. (Doc. 79.) Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the court issues a Certificate of Appealability. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). The Court has carefully considered Petitioner's claims and finds that he cannot meet the above standard. Accordingly, Petitioner's request for a Certificate of Appealability is **DENIED**.

SO ORDERED this 29th day of May 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA